# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| **BOB SCHLESINGER;** *et. al., individually and on behalf of others similarly situated*, | |
| Plaintiffs, | |
| v. | Case No.: 2:23-cv-00157-RWS |
| **EATON CORPORATION,** | CLASS ACTION |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF BOB SCHLESINGER WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to a dismissal with prejudice of Plaintiff Bob Schlesinger and with costs taxed as paid.  The remaining Plaintiffs are not dismissed, and this stipulation relates only to Bob Schlesinger individually.

Respectfully submitted, the 31st day of October.

/s/ *Jeanie S. Sleadd*
Jeanie S. Sleadd (admitted Pro Hac Vice)
Email: jsleadd@hgdlawfirm.com
W. Lewis Garrison, Jr. (GA Bar No. 286815)
Email: lewis@hgdlawfirm.com
HENINGER GARRISON DAVIS, LLC
2727 Paces Ferry Rd SE #750
Atlanta, GA 30339
Telephone: (205) 326-3336
Facsimile: (205) 326-3332


***One of the Attorneys for Plaintiffs and Putative Class***

/s/ *Steven J. Rosenwasser*
Steven J. Rosenwasser
Georgia Bar No. 614908
William E. Eye
Georgia Bar No. 688914

**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2100
Fax: (678) 553-2212
steven.rosenwasser@gtlaw.com
eyew@gtlaw.com


Bina Palnitkar*
State Bar No. 24070378
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600

2

Fax: (214) 665-3601
palnitkarb@gtlaw.com
*Admission Pro Hac Vice Granted*

*Attorneys for Defendant*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to Local Rule 7.1(D), I certify that the foregoing complies with Local Rule 5.1 as it was prepared using Times New Roman 14-point font and is double-spaced.

Dated: October 31, 2025          */s/Jeanie S. Sleadd*
                                 Jeanie S. Sleadd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused this day the foregoing document to be served on counsel for Defendants by electronic mail.

Dated: October 31, 2025          */s/Jeanie S. Sleadd*
                                 Jeanie S. Sleadd