# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| **ANDREW SMITH;** *et. al., individually and on behalf of others similarly situated*, | |
| Plaintiffs, | |
| v. | Case No.: 2:23-cv-00157-RWS |
| **EATON CORPORATION,** | CLASS ACTION |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL OF PLAINTIFFS PACIFIC MANAGEMENT, LLC, JASON THOMAS, AND GORDON KIRK WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to a dismissal with prejudice of Plaintiff Pacific Management LLC, Jason Thomas, and Gordon Kirk and with costs taxed as paid. The remaining Plaintiffs are not dismissed.

## Font Certification Pursuant to LR 7.1(D)

I hereby certify that this brief has been prepared with one of the font and point selections approved by the Court in LR 5.1(B).

/s *Taylor C. Bartlett*
Taylor C. Bartlett (GA Bar No. 778655)
Email: taylor@hgdlawfirm.com
W. Lewis Garrison, Jr. (GA Bar No. 286815)
Email: lewis@hgdlawfirm.com
HENINGER GARRISON DAVIS, LLC
2727 Paces Ferry Rd SE #750
Atlanta, GA 30339
Telephone: (205) 326-3336
Facsimile: (205) 326-3332

***One of the Attorneys for Plaintiffs and Putative Class***

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to Local Rule 7.1(D), I certify that the foregoing complies with Local Rule 5.1 as it was prepared using Times New Roman 14-point font and is double-spaced.

Dated: <u>December 10, 2025</u>                     */s Taylor C. Bartlett*
                                                           Taylor C. Bartlett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused this day the foregoing document to be served on counsel for Defendants by electronic mail.

Dated: <u>December 10, 2025</u>        <u>*/s Taylor C. Bartlett*</u>
                                     Taylor C. Bartlett