**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION**

| | |
|---|---|
| **ANDREW SMITH;** *et. al., individually and on behalf of others similarly situated*, | |
| Plaintiffs, | |
| v. | Case No.: 2:23-cv-00157-RWS |
| **EATON CORPORATION,** | CLASS ACTION |
| Defendant. | |

## JOINT STIPULATION FOR DISMISSAL OF PLAINTIFFS PACIFIC MANAGEMENT, LLC, JASON THOMAS, AND GORDON KIRK WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared in this action hereby stipulate to a dismissal with prejudice of Plaintiff Pacific Management LLC, Jason Thomas, and Gordon Kirk and with costs taxed as paid. The remaining Plaintiffs are not dismissed.

## Font Certification Pursuant to LR 7.1(D)

I hereby certify that this brief has been prepared with one of the font and

point selections approved by the Court in LR 5.1(B).


/s *Taylor C. Bartlett*
Taylor C. Bartlett (GA Bar No. 778655)
Email: taylor@hgdlawfirm.com
W. Lewis Garrison, Jr. (GA Bar No. 286815)
Email: lewis@hgdlawfirm.com
HENINGER GARRISON DAVIS, LLC
2727 Paces Ferry Rd SE #750
Atlanta, GA 30339
Telephone: (205) 326-3336
Facsimile: (205) 326-3332

***One of the Attorneys for Plaintiffs and Putative Class***

/s/ *Steven J. Rosenwasser*
Steven J. Rosenwasser
Georgia Bar No. 614908
William E. Eye
Georgia Bar No. 688914
**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553 2100
Fax: (678) 553 2212
steven.rosenwasser@gtlaw.com
eyew@gtlaw.com

Bina Palnitkar*
State Bar No. 24070378
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Fax: (214) 665-3601
palnitkarb@gtlaw.com
*Admitted Pro Hac Vice

*Attorneys for Defendant*

3

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

Pursuant to Local Rule 7.1(D), I certify that the foregoing complies with Local Rule 5.1 as it was prepared using Times New Roman 14-point font and is double-spaced.

Dated: January 6, 2026               */s Taylor C. Bartlett*
                                      Taylor C. Bartlett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused this day the foregoing document to be served on counsel for Defendants by electronic mail.

Dated: January 6, 2026               */s Taylor C. Bartlett*
                                      Taylor C. Bartlett