**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

|  |  |
|---|---|
| BOB SCHLESINGER, ANDREW SMITH, JASON THOMAS, PACIFIC MANAGEMENT, LLC, GORDON KIRK, TAUNI DOSTER, STEVE WATKINS, and WILLIAM DOHERTY, individually and on behalf of others similarly situated,<br><br>       Plaintiffs,<br><br>vs.<br><br>EATON CORPORATION,<br><br>       Defendant. | CIVIL ACTION FILE<br><br>NO. 2:23-cv-00157-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, Senior United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed with prejudice.

Dated at Gainesville, Georgia, this 4th day of February, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/Shane Gazaway
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office

February 4, 2026
Kevin P. Weimer
Clerk of Court

By:  s/Shane Gazaway
       Deputy Clerk